# EXHIBIT C

**Registration #:** TXu002222301
**Service Request #:** 1-9508214271

## Mail Certificate

Woods Rogers PLC
Michael J. Hertz
10 South Jefferson Street
Suite 1400
Roanoke, VA 24011 United States

**Priority:** Special Handling   **Application Date:** October 14, 2020

**Note to C.O.:** The date ranges in the deposits refer to the developmental history of each version of the computer program. The computer program does not have a precise beginning, middle, or end, so for each version to be registered the applicant has submitted 50 pages of source code with limited redactions of trade secret material.

## Correspondent

**Organization Name:** Woods Rogers PLC
**Name:** Michael J. Hertz
**Email:** mhertz@woodsrogers.com
**Telephone:** (540)983-7611
**Fax:** (540)983-7711
**Address:** 10 South Jefferson Street
Suite 1400
Roaonke, VA 24011 United States

**Registration Number**
**TXu 2-222-301**
**Effective Date of Registration:**
October 14, 2020
**Registration Decision Date:**
October 15, 2020

## Title

**Title of Work:** Card Isle Code Base Version 1 and 1 Other Unpublished Works

**Content Title:** Card Isle Code Base Version 1

Card Isle Code Base Version 3

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Card Isle Corporation
  **Author Created:** Computer Programs
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Card Isle Corporation
2270 Kraft Drive, Suite 1265, Blacksburg, VA, 24060, United States

## Rights and Permissions

**Organization Name:** Woods Rogers PLC
**Name:** Michael J. Hertz
**Email:** mhertz@woodsrogers.com
**Telephone:** (540)983-7611
**Address:** 10 South Jefferson Street
Suite 1400
Roanoke, VA 24011 United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Michael J. Hertz, Authorized agent |
| **Date**: | October 14, 2020 |

| | |
|---:|:---|
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |