# EXHIBIT F

**Addendum for Extending Card Isle to include Customizable Vase Inserts:**
Edible Arrangements LLC and Card Isle Corporation hereby agree in this Addendum dated effective January 17, 2020, to add the "Personalized Vase Insert" product to the list of personalized products being offered to the Franchisees under the Services Agreement executed by both parties on the 10th day of October 2019 (the "Agreement"). Any capitalized terms used but not defined herein shall have the meanings given to them in the Agreement.

| Card Isle Corporation | Edible Arrangements, LLC: |
|---|---|
| By: *David Henry* (DocuSigned) | By: *[signature]* |
| Name: David Henry | Name: Sonia F. Silber |
| Title: Chief Operating Officer | Title: VP, eCommerce |

In addition to the terms outlined in the Agreement the following terms apply to the development, launch, and ongoing support of this new product.

**1. Waiver of Web Integration Fees & Mandated Roll Out Schedule:**
Card Isle agrees to waive all Web Integration development fees ("Fees"), an estimated value of $45,000, in exchange for a mandated roll out of Card Isle Printing Stations. The following milestones have been set for the mandated roll out of the Card Isle service.

- Roll-Out Milestone One: 300 Total Executed Card Isle Agreements by 5:00pm, Feb 29th, 2020
- Roll-Out Milestone Two: 500 Total Executed Card Isle Agreements by 5:00pm, March 31st, 2020
- Roll-Out Milestone Three: 650 Total Executed Card Isle Agreements by 5:00pm, April 30th, 2020
- Roll-Out Milestone Four: ALL Franchisees Executed Card Isle Agreements by 5:00pm, June 30th, 2020

An "Executed Agreement" is determined as an Edible franchisee who has signed the Card Isle agreement; has a current billing account established; and whose printer has shipped.

**2. Penalty for failure to hit mandated roll-out milestones:**

If Roll-Out Milestone Three for Active Franchisees outlined in Section 1 above is not met on or before May 22nd, due to Edible's failure to mandate Card Isle printer in accordance with its normal and customary procedures for mandating actions by Edible's Franchisees, Customer shall pay the Company the following Fee:

- Reimbursement for Web Integration Fees in the amount of $45,000.
- Amount to be invoiced on June 1st, 2020 with Net 15 payment terms.

**3. Product Pricing Details:**
Product pricing for franchisees will be determined in the feasibility study. Once determined, the pricing will be set forth on Exhibit A hereto, which shall be signed by both of the parties.

4. **Product Development Plan:**

   a) <u>Phase One - Feasibility Study</u>
   The intent of this stage of the project is to verify that an in-store, print-on-demand approach to delivering customizable vase inserts for franchisees has the potential to operate effectively at scale.

   i) Scope of Work:
   1) Verify supply chain costs to inform viability of business model
   2) Verify technical feasibility of new functionality
   3) Survey of project stakeholders to determine phase two requirements
   4) Develop and present the phase two project plan

   ii) Timeline: Completed in early 2020

   b) <u>Phase Two - Vase Insert Implementation</u>
   This stage of the project is focused on building and launching solutions designed to extend product functionality for your customers, franchisees, and corporate team. Additional clarity and details will emerge after completing phase one of the project.

   i) Anticipated Scope of Work:
   1) Develop the following front-end functionality for customers and franchisees:
      (a) Customer facing personalized vase insert to be used as an upsell or standalone product on the Edible website (Ideas include: photo vase uploads, text modification, corporate logo uploads, and more)
      (b) Franchisee functionality to print existing vase insert designs on demand (Intended to be used as a supply chain solution for out of stock inserts)
   2) Develop solution for managing vase insert supply chain
   3) Launch pilot program

   ii) Anticipated Timeline: Early trials with select Edible locations will start in February 2020. A prototype with limited functionality will be available for select locations by March 31st, 2020. The final product will be ready to launch on May 1st, 2020.

5. **Designs for Vase Inserts:**
Edible Arrangements agrees to supply Card Isle Corporation with digital copies of the vase insert designs that they want to make available to franchisees through the Card Isle system. Any vase insert design that Card Isle is asked to create for Edible Arrangements will be billed at our standard hourly rate for design support and content creation.

# EXHIBIT A – PRODUCT PRICING