# EXHIBIT G

# Edible® Introduces Printible, A New Category of Digitally Customizable Print Products



Edible leverages technology with launch of customizable greeting cards, the latest in Edible's string of 2020 innovations centered around hyper-personalization

NEWS PROVIDED BY
**Edible Brands®** →
Oct 14, 2020, 09:30 ET

ATLANTA, Oct. 14, 2020 /PRNewswire/ -- Edible®, the world's largest franchisor of fresh fruit arrangements and other treats, is expanding its portfolio into the greeting card industry with the launch of Printible, the company's new technology designed for growing a new product category of seasonal and everyday greeting cards that can be digitally customized to create truly personalized gifts.



(PRNewsfoto/Edible Brands®)

Printible is the latest example of Edible's many recent innovations that combine convenience with enhanced value through personalization. Just within the last month, the company re-designed existing technology to launch "Edible, Your Way," an initiative that allows customers to design their own dipped fruit boxes, fresh produce boxes and now fresh fruit arrangements all through Edible.com's user-friendly customization offerings. Printible is the next key ingredient in creating a fully customizable gifting experience through Edible.

"The future of retail lies in personalization, especially when it comes to gifting," said Cheikh Mboup, President and COO of Edible Brands. "For Edible, this year has been all about catering directly to our customers' immediate wants and needs, especially in light of the ongoing pandemic. We intend to continue upgrading the Edible customer experience to

be as custom-made as possible throughout the remainder of 2020 and in the coming years, and we are excited about Printible as the next major development in this evolution."

The launch of Printible follows a successful test of customizable greeting card sales across select Edible locations, through which customers responded enthusiastically to the opportunity to incorporate additional personalization into Edible's wide array of gifting products. The cards and customization capabilities of Printible are unique to Edible, made possible with proprietary technology created by the brand's technology solutions arm, Netsolace.

"Printible is starting with cards, but the sky is really the limit here," said Sai Padmanaban, Vice President of Netsolace. "We see this new technology as a perpetual opportunity to fuel Edible growth through innovation, allowing the brand and its franchise owners to enhance the gifting experience in a way that is truly unique from one customer to the next."

Printible's greeting cards are available now as customizable gift enhancements with purchases from select Edible locations, with active expansion plans to all stores across the Edible system by the end of 2020. To view Edible's full array of products with which Printible cards can be purchased, visit edible.com.

### About Edible Brands®
Edible Brands is the parent company of Edible, the world's largest franchisor of stores offering all-natural fruit snacks, dipped treats and fresh fruit arrangements with more than 1,100 locations worldwide. Since its founding in 1999, the company has been recognized as an industry leader, ranking first in its category in Entrepreneur magazine's annual "Franchise 500," Entrepreneur's Top 40 of "Fastest Growing Franchises" and "America's Top Global Franchises" as well as being included among the "Inc. 5000" list of the fastest growing privately-held companies. Edible fresh fruit arrangements, chocolate Dipped Fruit™, fresh fruit smoothies, fresh produce boxes, FruitFlowers, Bakeshop goods and other treats can be ordered through any local Edible store or online at edible.com. Edible has franchise opportunities available in a number of key markets in the United States and Canada.  For more information about owning an Edible please visit ediblefranchise.com.

SOURCE Edible Brands®