# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Card Isle Corporation
_____
Plaintiff(s)

V.

Card Isle Corporation   Civil Action No.: _____

Tariq Farid; Edible Arrangements, LLC; Netsolace, Inc.
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY.  DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES.  COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO ANY OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

Card Isle Corporation _____ who is Plaintiff _____
(Name of party you represent)                                      (Plaintiff/Defendant)

makes the following disclosure:

1.  Is the party a publicly held corporation or other publicly held entity?
    ☐ Yes   ☒ No

2.  Does the party have any parent corporations?
    ☐ Yes   ☒ No

    If yes, identify all parent corporations, including grandparent and great grandparent corporations:


3.  Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
    ☐ Yes   ☒ No

    If yes, identify all such owners:


4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
    ☐ Yes   ☒ No

    If yes, identify all such owners:


5.  Is the party a trade association?
    ☐ Yes   ☒ No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:


/s/ Robyn Cort Quattrone _____   November 24, 2020 _____
(Signature)                                                      (Date)