# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Card Isle Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:20-cv-00708-MFU |
| Tariq Farid; Edible Arrangements, LLC; Netsolace, In ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Card Isle Corporation.

Date: 12/24/2020

*Attorney's signature*

Andrew L. Sandler (DC 387825)
*Printed name and bar number*

Mitchell Sandler LLC
1120 20th Street, NW, Suite 725
Washington, DC 20036
*Address*

asandler@mitchellsandler.com
*E-mail address*

(202) 886-5260
*Telephone number*

*FAX number*