**UNITED STATES DISTRICT COURT**
Western District of Virginia
**OFFICE OF THE CLERK**
Julia C. Dudley, Clerk

**February 2, 2021**

Re:   Card Isle Corporation v. Tariq Farid, et al; 7:20CV00708

Dear Counsel:

This case has been reassigned to Chief United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure. At this scheduling conference, which will be conducted via conference call, please be prepared to discuss a discovery plan and select a trial date. A pretrial scheduling order will be entered following this conference. The court will also like to hold a motion hearing on the motions to dismiss.

Currently, Judge Urbanski has the following dates and times available to hold this teleconference:

| Date | Times |
|---|---|
| February 17, 2021 | 10am, 11am |
| February 18, 2021 | 9am, 10am, 11am |
| February 22, 2021 | 9am, 10am, 11am |
| February 23, 2021 | 2pm, 3pm |

Please confer and have one party contact me at kristina@vawd.uscourts.gov, with your selection. I will set this hearing up by ZoomGov once I receive that information.

Very truly yours,

s/ Kristin Ayersman

Courtroom Deputy
(kristina@vawd.uscourts.gov or (540) 857-5153)

cc:   All Counsel
      Electronic File